Clerk's Office

United States District Court

District of New Jersey

Martin Luther King Jr. Federal Courthouse

50 Walnut Street

Newark, NJ 07102

```
        CLERK
    U.S. DISTRICT COURT
DISTRICT OF NEW JERSEY
        RECEIVED

2021 AUG 30  A 10: 06
```

Re:   Patel, et al. v. Garcorp. Int'l, Inc. et al.

Dear Sir or Madam:

    I am one of the pro se plaintiffs in the above-captioned matter. Enclosed for filing is an original and one copy of a Complaint (signed by all pro se plaintiffs), Civil Cover Sheet and check in the amount of $402.00 payable to the Clerk, United States District Court. Kindly file same and return to me a "filed" copy in the enclosed, self-addressed stamped envelope. Once the case is open, kindly email me at shielpatel3@aol.com so I may enter my appearance to receive electronic filings. I will also forward the email to the other pro se plaintiffs so they can record their own representation in this case.

    Thank you for your assistance and if you have any questions, please contact me at 973-979-5050.

Very truly yours,

Shiel Patel