**PRIORITY MAIL EXPRESS®**

FLAT RATE ENVELOPE
ONE RATE ■ ANY WEIGHT

DISTRICT OF NEW JERSEY RECEIVED
2021 AUG 30

X-RAYED

USPS.COM/PICKUP

To schedule free Package Pickup, scan the QR code.

**UNITED STATES POSTAL SERVICE® | PRIORITY MAIL EXPRESS®**

FROM: (PLEASE PRINT)   PHONE ( 973 ) 979-5050

Shiel Patel
1203 River Rd
Unit 19K
Edgewater, NJ 07020

TO: (PLEASE PRINT)   PHONE ( )

Clerk's Office
United States District Court
District of New Jersey
Martin Luther King Jr. Federal Courthouse
50 Walnut St
Newark, NJ

ZIP+4® (U.S. ADDRESSES ONLY)
07102

U.S. POSTAGE PAID
PME 1-Day
BLOOMFIELD, NJ
07003
AUG 26, 21
AMOUNT
$29.20
R2305K139530-02

EJ 854 538 537 US

1007
07102

PO ZIP Code: 07003
Scheduled Delivery Date: 8/29/21
Postage: $26.35
Date Accepted: 8/26/21
Scheduled Delivery Time: 6:00 PM
Return Receipt Fee: $2.85
Time Accepted: 2:31 PM
Total Postage & Fees: $29.20
Flat Rate