Clerk's Office

United States District Court

District of New Jersey

Martin Luther King Jr. Federal Courthouse

50 Walnut Street

Newark, NJ 07102

CLERK
U.S. DISTRICT COURT
DISTRICT OF NEW JERSEY
RECEIVED

2021 NOV -8  P 12: 23

Re:   Patel, et al. v. Garcorp. Int'l, Inc. et al.

Civil Action No.   21.CV.16235-KM-LDW

Dear Sir or Madam:

Enclosed for filing, please find an Amended Complaint in the above-captioned matter which is being filed as of right because the defendants have not yet been served. The Amended Complaint is being filed to correct the address in the initial complaint.

As stated, the defendants have not been served and no answer has yet been filed.

Very truly yours,

*[signature]*

Shiel Patel