Shiel Patel
1303 River Road
Unit 19K
Edgewater, NJ 07020

CLERK
U.S. DISTRICT COURT
DISTRICT OF NEW JERSEY
RECEIVED

2021 NOV -8  P 12: 22

**UNITED STATES POSTAL SERVICE®**

**PRIORITY MAIL EXPRESS®**

RATE ENVELOPE
ANY WEIGHT

GUARANTEED* • TRACKED • INSURED



AT USPS.COM®
SUPPLIES ONLINE



EP13F May 2020
OD: 12 1/2 x 9 1/2