UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

U.S. DISTRICT COURT
DISTRICT OF NEW JERSEY
RECEIVED

2021 OCT 28  A 11: 25

SHIEL PATEL, KEVIN
ROSALES GARCES,
MARTHA CAMPOS,
et al.

    Plaintiffs

CIV CASE NO.: 2:21-cv-16235-KM-LDW

vs.

GARCORP INTERNATIONAL,
INC. and AGUSTIN GARCIA

    Defendants

_____/

## ANSWER TO COMPLAINT

On October 7th, 2021 I was served on a civil action complaint with case # 2:21-cv-16235-KM-LDW filed on the United States district Court, District of New Jersey. Although I have the same name as the Defendant, I am not associated with Garcorp International, Inc. and never had any relationship or business dealings with any of the Plaintiffs. Plaintiffs are aware they served the wrong person. I am a resident of the State of Florida and I'm unaware of the truth or falsity of any allegations of the Complaint and deny all allegations. As a Florida resident the court has no personal jurisdiction over me. Furthermore, the court has no matter jurisdiction in the case.

I have contacted Mr. Shield Patel (lead plaintiff) on several occasions to let him know that they have served the wrong defendant and he has agreed and formally apologized but said that he can not due anything until the real defendant in the case gets served and as of today, they have not been able to reach him to be served.

This has already been extremely inconvenient for me. I kindly request the court to dismiss the complaint against me as I am the wrong defendant in this case.

Dated: August 27, 2021

By: _____
AGUSTIN GARCIA
11769 SW 69th Avenue
Miami, FL 33156

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was sent via Federal Express to the **USDC, Martin Luther King Building & US Courthouse, 50 Walnut Street, Room 4015, Newark, NJ 07101** to the below Plaintiffs on this 27th day of October, 2021.

Shiel Patel
1203 River Road
Unit 19K
Edwater, NJ 07020

Kevin Rosales Garces
1642 Earl Street
Union, NJ 07083

Martha Campos
1059 Overlook Terrace
Union, NJ 07083

Brooke Castillo
141 Chestnut Street
Emerson, NJ 07083

Karina L. Garces
1642 Earl Street
Union, NJ 07083

Jessica Ramirez
20 Newport Pkwy
Unit 2112
Jersey Sity, NJ 07310

Sam McGee
61 Thomas Street
Metuchen, NJ 08840

Nestor Santiago
15 Onyx Court
Passaic NJ 07055

Luis Roeder
3011 Gates Court
Morris Plains, NJ 07950

Jairo Paredes
404 77th Street
North Bergen, NJ 07047

Angelo Lopez
320 Monroe Street
Apartment 5
Hoboken, NJ 07030

Sandeep Rathi
8 Huxley Court
Marlboro, NJ 07746

Moises Rosales Payret
7 Bares Court
Little Ferry, NJ 07643

Christopher Zorrilla
110 Maple Avenue
Closter, NJ 07624

Dennis Castillo
141 Chestnut Street
Emerson, ,NJ 07630

Grisel Romero
(no address listed with court)


*[signature]*

AGUSTIN GARCIA
11769 SW 69th Avenue
Miami, FL 33156




11700 SW 89 ave
Miami, Fl 33156

USDC
Martin Luther King Building of US Court
50 Walnut Street, Room 4015
Newark, NJ 07101

CLERK
U.S. DISTRICT COURT
DISTRICT OF NEW JERSEY
RECEIVED
2021 OCT 28 A 11:25